## IN THE UNITED STATES DISTRCT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff.<br><br>　　v.<br><br>REDNER'S MARKETS, INC.,<br><br>　　　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　NO. 5:20-cv-00119-JMY<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

　　　　Defendant, Redner's Markets, Inc., hereby files this Notice of Settlement of the above captioned action. The parties are in the process of finalizing and executing the relevant settlement documents, and they anticipate that Plaintiff will file a dismissal with prejudice of the lawsuit within the next 30 days.

Date:  February 27, 2020　　　　　By:　　*s/ Heather Z. Steele*
　　　　　　　　　　　　　　　　　　　　Heather Z. Steele, Esquire
　　　　　　　　　　　　　　　　　　　　(PA 91391)
　　　　　　　　　　　　　　　　　　　　FISHER & PHILLIPS LLP
　　　　　　　　　　　　　　　　　　　　150 N. Radnor Chester Road
　　　　　　　　　　　　　　　　　　　　Suite C300
　　　　　　　　　　　　　　　　　　　　Radnor, PA 19087
　　　　　　　　　　　　　　　　　　　　Telephone: (610) 230-2150
　　　　　　　　　　　　　　　　　　　　Fax: (610) 230-2151
　　　　　　　　　　　　　　　　　　　　hsteele@fisherphillips.com

FP 37231281.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

>David S. Glanzberg, Esquire
>Glanzberg Tobia Law, P.C.
>123 South Broad Street
>Suite 1640
>Philadelphia, PA 19109
>david.glanzberg@gtlawpc.com
>
>*Attorneys for Plaintiff*

>By:   s/ *Heather Z. Steele*
>Heather Z. Steele, Esquire
>(PA 91391)
>Fisher & Phillips LLP
>150 N. Radnor Chester Road
>Suite C300
>Radnor, PA  19087
>Telephone (610) 230-2150
>hsteele@fisherphillips.com

FP 37231281.1