## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-0119-JMY |
| REDNER'S MARKETS, INC. | : | |
| | : | |

## ORDER

**AND NOW**, this   15th   day of   April  , 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

**BY THE COURT:**

/s/ Judge John Milton Younge

**Judge John Milton Younge**